IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES ex rel. VAMPIRE NATION and FREDERICK BANKS, Plaintiffs, | ) ) ) ) ) |
| v. | ) Civil Action No. 06-936 ) |
| CITIFINANCIAL MORTGAGE CO., INC., ET AL., Defendants. | ) ) ) ) |

ORDER

AND NOW, this 15th day of August, 2007, the Court, having received plaintiffs' motion for reconsideration of the memorandum order of July 24, 2007 [document #18], IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

_____, J.

cc: all parties of record